NUMBERS
 13-10-00397-CR 

                                                
13-10-00398-CR 

                                                
13-10-00399-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

PRISCILLA
GONZALES,                                                              Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 117th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                   MEMORANDUM OPINION

 

      Before
Chief Justice Valdez and Justices Rodriguez and Vela

                               Memorandum
Opinion Per Curiam

 








Appellant, Priscilla
Gonzales, by and through her attorney, has filed motions to dismiss her appeals.  See Tex. R. App. P. 42.2(a).  Without passing on the merits of
the cases, we grant appellant’s motions to dismiss pursuant to Texas Rule of
Appellate Procedure 42.2(a) and dismiss the appeals.  Having dismissed the
appeals at appellant's request, no motions for rehearing will be entertained, and
our mandates will issue forthwith.

PER
CURIAM

 

Do not publish.  

See Tex. R. App. P.
47.2(b).  

Delivered and filed the

30th day of September, 2010.